M I P

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 FEB -1 AM 9:39

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | Magistrate Case No. '08 MJ 0289 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | DEPUTY |
| | ) | Title 8, U.S.C., Section 1326 |
| **Jose RICO-Carrillo** | ) | Attempted Entry After |
| | ) | Deportation |
| Defendant. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about **January 31, 2008**, within the Southern District of California, defendant **Jose RICO-Carrillo**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 1st DAY OF **February, 2008**.

UNITED STATES MAGISTRATE JUDGE

M I P

**PROBABLE CAUSE STATEMENT**

On January 31, 2008 at approximately 0235 hours **Jose RICO-Carrillo (Defendant)** made application for admission into the United States through the San Ysidro, California Port of Entry pedestrian primary lanes. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant claimed United States citizenship by virtue of birth in Orange County, California and stated he was going to La Habra, California. The inspecting officer requested an identification but Defendant was not able to produce any. Defendant was referred to secondary inspection.

During secondary inspection, Defendant attempted to abscond from the building northbound into the United States. Defendant was apprehended prior to exiting the building and taken into custody for further processing.

Defendant was queried by fingerprint and photograph submission through the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT). IAFIS and IDENT returned a match to the query confirming Defendant's identity and linking him to FBI and Immigration Service records.

Immigration Service records checks, including Deportable Alien Control System (DACS) and Central Index System (CIS) identify Defendant as a citizen of Mexico and a previously removed alien. DACS information indicates that on or about February 6, 2003 Defendant was served an administrative removal order and physically removed from the United States subsequent to that order. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.