**LEILA W. MORGAN**
California Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RICO-CARRILLO,<br><br>Defendant. | Case No. 08CR0363-DMS<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case replacing Timothy R. Garrison.

Respectfully submitted,

Dated: February 27, 2008

/s/ *Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Leila_Morgan@fd.org
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Luella Mendoza Caldito**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Luella.Caldito@usdoj.gov

DATED: February 27, 2008

*/s/ Leila W. Morgan*

**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Leila_Morgan@fd.org