**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
leila_morgan@fd.org

Attorneys for Mr. Rico-Carrillo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**JOSE RICO-CARRILLO**,<br>Defendant. | CASE NO. 08CR0363-DMS<br><br>JOINT MOTION TO CONTINUE MOTIONS *IN LIMINE* HEARING AND TRIAL |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Leila W. Morgan, and Federal Defenders of San Diego, counsel for Mr. Rico-Carrillo, along with Assistant United States Attorney Luella Caldito, that the motions *in limine* hearing scheduled for August 22, 2008 at 11:00 a.m. be continued until October 10, 2008 at 11:00 a.m., and trial scheduled for August 25,2008 at 9:00 a.m. be continued from October 14, 2008 at 9:00 a.m.

**SO STIPULATED.**

Dated: August 7, 2008

*/s/ Leila W. Morgan*
LEILA W. MORGAN
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rico-Carrillo

Dated: August 7, 2008

*/s/ Luella Caldito*
LUELLA CALDITO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Luella Mendoza Caldito**
Luella.Caldito@usdoj.gov,Diana.Ortiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: August 7, 2008

*/s/ Leila W. Morgan*
LEILA W. MORGAN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Leila_Morgan@fd.org