UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE RICO-CARRILLO,<br>Defendant. | Case No. 08CR0363-DMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED**, that the motions in limine hearing scheduled for August 22, 2008 at 11:00 a.m. be continued until October 10, 2008 at 11:00 a.m., and trial scheduled for August 25,2008 at 9:00 a.m. be continued from October 14, 2008 at 9:00 a.m., as stipulated and agreed upon by all parties.

**SO ORDERED.**

DATED: August 11, 2008

HON. DANA M. SABRAW
United States District Judge